UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| CRANECO PARTS & SUPPLY INC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-00001 |
| | § | |
| H & E SERVICES LLC, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Plaintiff's counsel has failed to file a status report as requested by the Court, failed to attend a status conference scheduled by the Court, and failed to return a telephone call placed by the Court.

Plaintiff's Motion for Interlocutory Summary Judgment is DENIED.

Defendant's Motion to Compel is GRANTED.

Trial is set for **July 25, 2005 at 8:30 a.m.**

SIGNED this 11th day of March, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**